# United States Court of Appeals
## For the First Circuit

No. 24-1313

MARY SEGUIN,

Plaintiff - Appellant,

v.

RHODE ISLAND DEPARTMENT OF HUMAN SERVICES, in its official capacity; RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES, in its official capacity; GERO MEYERSIEK, in his individual and official capacity,

Defendants - Appellees,

MICHAEL D. COLEMAN, in his individual and official capacity; DEBORAH A. BARCLAY, in her individual and official capacity; LISA PINSONNEAULT, in her individual and official capacity; CARL BEAUREGARD, in his individual and official capacity; KEVIN TIGHE; MONIQUE BONIN; WENDY A. FOBERT; KARLA CABALLEROS; TIMOTHY FLYNN; RHODE ISLAND COURT SYSTEM; PAUL A. SUTTELL, in his individual and official capacity as Executive Head of Rhode Island State Court System; RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS; RHODE ISLAND ADMINISTRATIVE OFFICE OF THE SUPERIOR COURT; RHODE ISLAND JUDICIAL COUNCIL; RI SUPERIOR COURT; RHODE ISLAND SUPERIOR COURT JUDICIAL COUNCIL; THE JUDICIAL TECHNOLOGY CENTER; JULIE PATALANO HAMIL; MARISA P. BROWN; FRANK DIBIASE; JOHN JOSEPH BAXTER, JR.; JUSTIN CORREA; RHODE ISLAND ATTORNEY GENERAL'S OFFICE; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT; ADAM D. ROACH; PETER F. NERONHA; TYLER TECHNOLOGIES, INC.,

Defendants.

**ORDER OF COURT**

Entered: May 3, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon filing a notice of appeal, the appellant is required to pay the filing fee to the clerk of the district court in accordance with Fed. R. App. P. 3(e). Appellant is presently in default as to this filing. If appellant is indigent and unable to pay the fee, appellant may file a motion for leave to proceed in forma pauperis ("IFP") in the district court pursuant to Fed. R. App. P. 24. A

compliant request for IFP status consists of a motion, fully completed Form 4, Financial Affidavit, and prison trust account statement, if incarcerated.

Unless this court is provided with notice of paying the filing fee to the <u>clerk of the district court</u>, or filing a motion seeking in forma pauperis status in the <u>district court</u> by **May 17, 2024**, this appeal will be dismissed for lack of prosecution.

By the Court:

Maria R. Hamilton, Clerk

cc:
Joanna M. Achille
Marissa D. Pizana
Mary Seguin